## No. VII.

### SAML. GOODE v. JAMES CHESHIRE.

*Appeal from Jasper County.*

RUSK, CHIEF JUSTICE.—This cause came on to be heard upon an appeal from the District Court of Jasper County.

Upon an examination of the transcript of the record, it appears defi-

---

would defeat the obvious legislative intent when such intent is clearly expressed. Thompson v. Buckley, 1 T., 33; De Leon v. Owen, 3 T., 153; Moore v. Letchford, 35 T., 185, 219; Runnels v. Belden, 51 T., 48. Where the words of a statute are not limited they must be given general effect and the courts will not add an exception or limitation. De Leon v. Owen, 3 T., 153; Truehart v. Babcock, 51 T., 169; Laughter v. Seela, 59 T., 177; Johnson v. Taylor, 60 T., 360.

cient and so uncertain as not to justify this court in proceeding to a final judgment.

No final judgment of the court below appears in the record and the evidence is certified in so loose and irregular a manner that it can not be considered here.

It is therefore ordered by the court that the cause be remanded for a new trial in order that a more full and perfect statement of the case may be sent up from the court below.

*Remanded.*